# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TORRI HICKS,<br><br>      Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and, TRANS UNION LLC,<br><br>      Defendants. | Civil No. 1:21-cv-02102-WMR-CMS |

### STIPULATION OF DISMISSAL WITH PREJUDICE OF EQUIFAX INFORMATION SERVICES LLC ONLY

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and between Plaintiff Torri Hicks and Defendants Transunion LLC, Equifax Information Services LLC, and Experian Information Services, LLC that the above-titled action is hereby dismissed with prejudice against Defendant Equifax Information Services LLC only. Equifax Information Services LLC and Plaintiff will bear their own costs and attorney's fees.

75933594v.1

Respectfully submitted,

EQUIFAX INFORMATION SERVICES LLC

By: /s/ *Eric Barton*
Eric Barton, Bar No. 40704
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, GA 30309-3958
Telephone: (404) 885-1500
Facsimile: (404) 892-7056
Email: ebarton@seyfarth.com


/s/ *Michael Merar*
Michael Merar
Georgia Bar No. 966038
Quilling, Selander, Lownds,
Winslett & Moser, P.C.
6900 North Dallas Parkway, Suite 800
Plano, Texas 75024
Telephone: (214) 560-5443
Facsimile: (214) 871-2111
mmerar@qslwm.com

Counsel for Trans Union LLC

/s/ *Connor R. Kring*
Connor R. Kring
JONES DAY
1221 Peachtree Street N.E., Suite 400
Atlanta, GA 30361
Telephone: (404) 581-8764
Facsimile: (404) 581-8330
ckring@jonesday.com

Counsel for Experian Information Solutions, Inc.

Torri Hicks
8171 Colquitt Road, Apt. A
Atlanta, GA 30350

Plaintiff

75933594v.1

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2021, I filed the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE OF EQUIFAX INFORMATION SERVICES LLC ONLY with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

>  */s Eric Barton*
> Eric Barton
> Counsel for Defendant Equifax Information Services LLC