# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

TORRI HICKS,

        Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and, TRANS UNION LLC,

        Defendants.

Civil No. 1:21-cv-02102-WMR-CMS

## **JOINT NOTICE OF SETTLEMENT AS TO TRANS UNION LLC ONLY**

TO THE HONORABLE JUDGE WILLIAM M. RAY, II:

The parties respectfully notify the Court that Plaintiff Torri Hicks and Defendant Trans Union LLC have settled all claims between them in this matter. Each party will bear its own attorneys' fees and court costs. Trans Union and Plaintiff Torri Hicks will present dismissal documents to the court as soon as possible. The parties request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

        Respectfully submitted,

        */s/ Michael Merar*
        Michael Merar
        Georgia Bar No. 966038
        mmerar@qslwm.com
        Jibril Greene
        jgreene@qslwm.com
        Quilling, Selander, Lownds,

Winslett & Moser, P.C.
6900 North Dallas Parkway, Suite 800
Plano, Texas 75024
(214) 560-5443
(214) 871-2111
and
Alex M. Barfield
alex.barfield@stantonlawllc.com
Georgia Bar No. 037147
Stanton Law, LLC
410 Plasters Avenue, Suite 200
Atlanta, GA 30324
(404) 881-1288
**Counsel for Trans Union LLC**


Respectfully submitted,


*/s/ Torri Hicks*
Torri Hicks
8171 Colquitt Road, Apt. A
Atlanta, GA 30350
torrihicks@yahoo.com
**Pro Se Plaintiff**

## **LOCAL RULE 5. 1 CERTIFICATION**

I hereby certify JOINT NOTICE OF SETTLEMENT AS TO TRANS UNION LLC ONLY has been prepared in Times New Roman 14-point font in accordance with Local Rule 5.1.

*/s/ Michael Merar*
**MICHAEL MERAR**

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of normally record:

Connor R. Kring
ckring@jonesday.com
Jones Day
1221 Peachtree St. NE, Suite 400
Atlanta, GA 30361
(404) 581-3939
(404) 581-8330 Fax
*Counsel for Experian Information Solutions, Inc.*

I hereby certify that I have served the above and foregoing document by United States Postal Service Certified Mail and electronic mail to the following non-CM/ECF participant:

Torri Hicks
8171 Colquitt Road, Apt. A
Atlanta, GA 30350
torrihicks@yahoo.com
*Pro Se Plaintiff*

                                              */s/ Michael Merar*
                                              **MICHAEL MERAR**

4037797.1