## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **TORRI HICKS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | **1:21-cv-02102-WMR-CBB** |
| **EQUIFAX INFORMATION** | ) | |
| **SERVICES LLC, EXPERIAN** | ) | |
| **INFORMATION SOLUTIONS,** | ) | |
| **INC., AND TRANS UNION LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF PENDING SETTLEMENT  AS TO DEFENDANT
## EXPERIAN INFORMATION SOLUTIONS, INC.

Plaintiff, Torri Hicks, and Defendant, Experian Information Solutions, Inc., by and through their undersigned counsel, hereby submit this Notice of Pending Settlement and state that Plaintiff and Experian Information Solutions, Inc. have reached a verbal settlement with regard to this case and are presently drafting, finalizing,  and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated:        December 9, 2021                Respectfully submitted,

/s/_Connor R. Kring_____
Connor Redman Kring
Jones Day
1221 Peachtree St. NE, Suite 400
Atlanta, GA 30361
(404) 581-8764
ckring@jonesday.com
*Attorney for Defendant Experian*
*Information Solutions, Inc.*

/s/ Torri Hicks
Plaintiff Torri Hicks
Pro Se
8171 Colquitt Rd., Apt. A
Atlanta, GA 30350
Email: torrihicks@yahoo.com

*Pro Se Plaintiff*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 9, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.  I further certify that on December 9, 2021, I caused the foregoing to be served by electronic mail as follows:

Plaintiff Torri Hicks
Pro Se
8171 Colquitt Rd. Apt. A
Atlanta, GA 30350
Email:  torrihicks@yahoo.com
*Pro Se Plaintiff*

/s/ Connor R. Kring
Connor R. Kring
*Counsel for Experian Information Solutions, Inc.*